**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

David Gordon Oppenheimer

Plaintiff,

v.

Case No.: 1:23−cv−14017
Honorable Martha M. Pacold

Woodland Park Chicago LLC, et al.

Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, December 28, 2023:

MINUTE entry before the Honorable Martha M. Pacold: Plaintiff's motion for extension of time to effect service of summons and complaint upon defendant Chicago Stories LLC [8] is granted. Under Federal Rule of Civil Procedure 4(m), the court finds that good cause exists to extend the time to effect service due to plaintiff's ongoing efforts to obtain service waivers from both defendants, plaintiff's representations about the status of those efforts, and the fact that a dismissal at this time, even without prejudice, may bar plaintiff's claims under the applicable statute of limitations. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.