IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| David Gordon Oppenheimer, ) | |
| ) | |
| Plaintiff, ) | Case No: 1:23-cv-14017 |
| ) | |
| v. ) | Dist. Judge Martha M. Pacold |
| ) | |
| Woodland Park Chicago LLC and Chicago ) | Mag. Judge M. David Weisman |
| Stories LLC, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's minute entry dated January 1, 2024 [Dkt. 11], Plaintiff, David Gordon Oppenheimer ("Oppenheimer" or "Plaintiff") and Defendants Woodland Park Chicago LLC ("WPC") and Chicago Stories LLC ("CS" and, together with WPC, "Defendants"), submit this Joint Status Report:

1. **Nature of the Case**

    a. The attorney of record for Oppenheimer is Ilya G. Zlatkin of Zlatkin Cann Entertainment.

    b. The attorney for Defendants is George J. Spathis of Levenfeld Pearlstein LLC. Defendants' attorney intends to file an appearance by February 16, 2024.

    c. Plaintiff and Defendants will determine their respective lead trial attorney(s) at a later date.

    d. This case involves use of a photograph of an aerial view of 31st Street Harbor in Chicago, Illinois ("Photograph") without authorization from Plaintiff. Plaintiff claims that Defendants infringed upon Plaintiff's

       copyrights, including by causing the display of the Photograph for the purpose of promoting Defendants' real estate business through multiple URLs (collectively, "Infringing URLs"). In the alternative against Defendants, Plaintiff alleges that such defendants vicariously and/or contributorily infringed upon Plaintiff's copyrights.

    e. Defendants will respond by February 16, 2024, and will state their position by then.

    f. Plaintiff seeks actual and statutory damages for the copyright infringement, including for willful infringement, under 17 U.S.C. § 504. Plaintiff also seeks an award of litigation costs and reasonable attorneys' fees under 17 U.S.C. § 505.

**2. Jurisdiction**

    a. The Court has subject matter jurisdiction over this case pursuant to 28 U.S.C. §§ 1331 and 1338(a).

**3. Status of Service**

    a. Both Defendants have agreed to waive service.

    b. Plaintiff filed a service waiver executed by WPC on December 21, 2023 [Dkt. 7].

    c. After the Court granted an extension to effect service against CS, Defendants' counsel stated via email on January 16, 2024, that CS would be willing to waive service as long as both Defendants are permitted to respond by February 16, 2024. Plaintiff has agreed to such extended deadline.

      d. Plaintiff has not yet received a formal executed waiver of service on behalf of CS. When Plaintiff receives a signed executed waiver of service, Plaintiff will file such waiver on the Court's docket.

4. **Consent to Proceed Before a United States Magistrate Judge**

      a. Plaintiff's counsel has advised Plaintiff that the parties may proceed before a Magistrate Judge if the parties consent unanimously to such proceedings.

      b. Defendants' counsel has advised Defendants that the parties may proceed before a Magistrate Judge if the parties consent unanimously to such proceedings.

      c. As of the date of this report, there is not unanimous consent to proceed before the Magistrate Judge.

5. **Motions:**

      a. Currently, there are no pending motions.

6. **Status of Settlement Discussions:**

      a. The parties engaged in settlement discussions prior to the initiation of this litigation. The parties were not close to a settlement prior to litigation.

      b. No settlement discussions have occurred since the initiation of this litigation.

      c. The parties anticipate that they will request a settlement conference in this case.

Dated: January 26, 2024

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| DAVID GORDON OPPENHEIMER | WOODLAND PARK CHICAGO LLC and CHICAGO STORIES LLC |
| By: /s/ Ilya G. Zlatkin<br>Ilya G. Zlatkin<br>ZLATKIN CANN ENTERTAINMENT<br>4245 North Knox Avenue<br>Chicago, Illinois 60641<br>Tel: (312) 809-8022<br>ilya@zce.law | By: /s/ George J. Spathis<br>George J. Spathis<br>LEVENFELD PEARLSTEIN LLC<br>120 South Riverside Plaza, Suite 1800<br>Chicago, Illinois 60606<br>Tel: (312) 476-7514<br>gspathis@lplegal.com |
| *Attorney for Plaintiff David Gordon Oppenheimer* | *Attorney for Defendants Woodland Park Chicago LLC and Chicago Stories LLC* |