# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

David Gordon Oppenheimer

                        Plaintiff,

v.                                           Case No.: 1:23−cv−14017

                                           Honorable Martha M. Pacold

Woodland Park Chicago LLC, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 29, 2024:

      MINUTE entry before the Honorable Martha M. Pacold: The court has reviewed the parties' joint status report [12], which reports that the parties have agreed to a deadline for defendants to answer or otherwise respond to plaintiff's complaint. The court adopts the parties' agreed deadline. Defendants should answer or otherwise respond to plaintiff's complaint by 2/16/24. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.