# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DAVID GORDON OPPENHEIMER, | ) |
| Plaintiff, | ) |
| vs. | ) Case No: 1:23-cv-14017 |
| WOODLAND PARK CHICAGO LLC and CHICAGO STORIES LLC, | ) |
| Defendants. | ) |

## DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE
## *INSTANTER* THEIR ANSWER AND AFFIRMATIVE DEFENSES

Defendants, WOODLAND PARK CHICAGO LLC and CHICAGO STORIES LLC (collectively, "Defendants"), by and through their counsel and pursuant to Federal Rule Of Civil Procedure 6(b)(2), respectfully moves this Court for leave to file *instanter* their answer and affirmative defenses to the complaint filed against them by Plaintiff, DAVID GORDON OPPENHEIMER, and in support thereof, state as follows:

1. By minute order entered on January 29, 2024 (Dkt. 13) the deadline to respond to the complaint was February 16, 2024.

2. Solely by reason of oversight, the referenced deadline was not docketed by the undersigned, and as a result, a timely response to the complaint was not filed.

3. Upon discovery of the oversight, the undersigned contacted Plaintiff's counsel to apologize for the delay and advised that Defendants would respond to the complaint by February 26th, to be filed concurrently with a Motion for Leave to File *Instanter*. Counsel graciously indicated that he had no objection to the filing on February 26th or the Motion for Leave to File *Instanter*.

LP 23430029.1 \ 46823-134676

      4.      Defendants' Answer and Defenses was filed concurrently with this Motion. The delay in filing did not burden or prejudice any litigant.

      WHEREFORE, Plaintiffs respectfully request that the Court grant the requested leave to file *Instanter* and deem Defendants' Answer and Defenses filed on February 26, 2024 timely, and grant such additional relief as this Court deems appropriate.

Dated: February 26, 2024

Respectfully submitted,

**WOODLAND PARK CHICAGO LLC** and **CHICAGO STORIES LLC**, Defendants

  /s/ *George J. Spathis*
    One of their Attorneys

George J. Spathis (ARDC# 6204509)
LEVENFELD PEARLSTEIN, LLC
120 South Riverside Plaza, Suite 1800
Chicago, Illinois 60606
Tel.: (312) 476-7514
gspathis@lplegal.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on February 26, 2024, I caused a true and correct copy of the foregoing document to be filed with the Clerk of the Court using the CM/ECF filing system which serves all parties of record.

**1:23-cv-14017   Notice has been electronically mailed to:**

Ilya G. Zlatkin          ilya@zce.law

/s/ *George J. Spathis*