# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

David Gordon Oppenheimer

Plaintiff,

v.                                                         Case No.: 1:23−cv−14017
                                                           Honorable Martha M. Pacold

Woodland Park Chicago LLC, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 27, 2024:

> MINUTE entry before the Honorable Martha M. Pacold: Defendants' unopposed motion for leave to file instanter their answer and affirmative defenses [15] is granted. Defendants Answer and Affirmative Defenses [16] has already been filed separately on the docket. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at **www.ilnd.uscourts.gov**.