## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

David Gordon Oppenheimer

                                          Plaintiff,

v.                                                                                        Case No.: 1:23−cv−14017

                                                                                         Honorable Martha M. Pacold

Woodland Park Chicago LLC, et al.

                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 27, 2024:

      MINUTE entry before the Honorable M. David Weisman: This case has been referred to Magistrate Judge Weisman for the purpose of discovery supervision and scheduling, to set a deadline to file amended pleadings, to set a dispositive motions schedule, and for settlement. Initial status hearing scheduled for 3/27/24 at 9:15 a.m. Prior to the status hearing, the Court directs counsel to consult the Court's standing order. Joint status report due on 3/25/24 by noon addressing whether any Rule 26(a)(1) disclosures have been made; a proposed schedule; whether the parties are interested in a settlement conference; and any other issues the parties wish to raise. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.