# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| David Gordon Oppenheimer, | ) |
| Plaintiff, | ) Case No: 1:23-cv-14017 |
| v. | ) Dist. Judge Martha M. Pacold |
| Woodland Park Chicago LLC and Chicago Stories LLC, | ) Mag. Judge M. David Weisman |
| Defendants. | ) |

## JOINT STATUS REPORT

Pursuant to the Court's minute entry dated February 27, 2024 [Dkt. 19], Plaintiff David Gordon Oppenheimer ("Oppenheimer" or "Plaintiff"), and Defendants Woodland Park Chicago LLC ("WPC") and Chicago Stories LLC ("CS" and, together with WPC, collectively, "Defendants") submit this Joint Status Report:

1. Having exchanged settlement offers in recent weeks, the parties believe that a settlement conference administered by the Magistrate Judge would be conducive for prospects of a potential settlement. The parties believe that a settlement conference scheduled prior to discovery would help both parties preserve significant resources. The parties would appreciate the Magistrate Judge setting a schedule for a settlement conference.

2. Though counsel for the parties have been in touch in general, no formal initial Rule 26(f) conference has occurred yet. Similarly, though the parties have exchanged some substantive documentation previously, the parties have not yet made any formal initial disclosures under Rule 26(a)(1).

3. In addition to initial disclosures, it is anticipated that this case will entail some written discovery as well as a handful of depositions. The parties note that the scheduling of any

potential Court-administered settlement conference may require adjustments to the following proposed schedule:

| Event | Deadline |
| --- | --- |
| Rule 26(f) Conference | April 5, 2024 |
| Service of Initial Rule 26 disclosures | April 19, 2024 |
| Joining Parties | June 14, 2024 |
| Amending Pleadings | August 16, 2024 |
| Completion of Written Discovery | October 18, 2024 |
| Completion of Oral Fact Discovery | January 17, 2025 |
| Completion of Expert Report(s) | March 21, 2025 |
| Motions Relating to Discovery | April 18, 2025 |
| Dispositive Motions | May 23, 2025 |

The parties understand that the Court will enter a scheduling order under Rule 16(b)(1), and that, once scheduled, the Court will modify any such schedule "only for good cause." *See* Fed. R. Civ. P. 16(b)(4).

Dated: March 21, 2024

Respectfully submitted,

| | |
|---|---|
| DAVID GORDON OPPENHEIMER | WOODLAND PARK CHICAGO LLC and CHICAGO STORIES LLC |
| By: /s/ Ilya G. Zlatkin<br>Ilya G. Zlatkin<br>ZLATKIN CANN ENTERTAINMENT<br>4245 North Knox Avenue<br>Chicago, Illinois 60641<br>Tel: (312) 809-8022<br>ilya@zce.law | By: George J. Spathis<br>George J. Spathis<br>LEVENFELD PEARLSTEIN LLC<br>120 South Riverside Plaza, Suite 1800<br>Chicago, Illinois 60606<br>Tel: (312) 476-7514<br>gspathis@lplegal.com |
| *Attorney for Plaintiff David Oppenheimer* | *Attorney for Defendants Woodland Park Chicago LLC and Chicago Stories LLC* |