## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

David Gordon Oppenheimer

                        Plaintiff,

v.                                                     Case No.: 1:23−cv−14017
                                                           Honorable Martha M. Pacold

Woodland Park Chicago LLC, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 21, 2024:

      MINUTE entry before the Honorable M. David Weisman: The Court has reviewed the parties' joint initial status report in which they state that they request an early settlement conference prior to any discovery. The parties are directed to confer no later than 3/28/24 regarding proposed dates and times for a settlement conference and shall jointly contact the Courtroom Deputy at Alyssia_Owens @ilnd.uscourts.gov no later than 4/1/24 regarding availability. Counsel shall consult the Court's standing order on settlement conferences and related materials. Judge Weisman generally conducts settlement conferences Tuesdays, Wednesdays, Thursdays, and Fridays at either 10:30 a.m. to 12:30 p.m. or 2:00 p.m. to 4:00 p.m. Other dates and times may be available as required by the Court or the parties. Status hearing set for 3/27/24 at 9:15 a.m. is stricken and reset to 4/25/24 at 9:15 a.m. If a settlement conference date has been set, the status hearing will be stricken. In light of the parties' joint interest in an early settlement conference, discovery is provisionally stayed, but the parties should freely exchange any appropriate discovery materials necessary for an effective settlement conference. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.