**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

David Gordon Oppenheimer
                                    Plaintiff,

v.                                                             Case No.: 1:23−cv−14017
                                                                Honorable Martha M. Pacold

Woodland Park Chicago LLC, et al.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, May 17, 2024:

      MINUTE entry before the Honorable M. David Weisman: Settlement conference held. All parties appeared by video. The parties were able to reach a settlement. Settlement terms to be formalized via written settlement agreement. Status hearing set for 7/10/24 at 9:15 a.m. If a stipulation of dismissal is filed prior to that date, the status hearing will be stricken and no appearance will be necessary. The Court thanks counsel for their professionalism and acumen in resolving this matter. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.