UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

David Gordon Oppenheimer
                       Plaintiff,

v.                                                            Case No.: 1:23−cv−14017
                                                              Honorable Martha M. Pacold

Woodland Park Chicago LLC, et al.
                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 10, 2024:

       MINUTE entry before the Honorable M. David Weisman: Magistrate status hearing held. Defense counsel did not appear. The Court inquired about the status of settlement. Plaintiff's counsel indicated that Defendant raised issues with the scope of the release, and the parties have been in communication and are still negotiating one non−monetary term as to the scope. Status hearing set for 7/15/24 at 2:00 p.m. If the case has settled, the parties shall notify Ms. Owens. Otherwise, both counsel shall be present in person at the 7/15/24 status. If requested, the hearing will be held off the record. If the parties are not able to appear in person, they may appear by telephone. The Court stated that, in the future, any lingering issues precluding the finalization of settlement must be raised with the Court promptly after the settlement conference. The conference call−in number is 1−855−244−8681 and the access code is 2316 422 1828##. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.