**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

David Gordon Oppenheimer

                                 Plaintiff,

v.                                                               Case No.: 1:23−cv−14017
                                                                        Honorable Martha M. Pacold

Woodland Park Chicago LLC, et al.

                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 15, 2024:

      MINUTE entry before the Honorable M. David Weisman: At the parties' request, the status hearing set for 7/15/24 is stricken and reset to 7/23/24 at 9:30 a.m. to allow additional time to finalize the language of the settlement agreement. If a stipulation of dismissal is filed prior to the hearing the status hearing may be stricken. If the hearing proceeds forward, both counsel shall be present in person. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.