# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| David Gordon Oppenheimer, | ) |
| Plaintiff, | ) Case No: 1:23-cv-14017 |
| v. | ) Dist. Judge Martha M. Pacold |
| Woodland Park Chicago LLC and Chicago Stories LLC, | ) Mag. Judge M. David Weisman |
| Defendants. | ) |

## JOINT STATUS REPORT

In advance of the status hearing scheduled for July 23, 2024, the parties submit this joint status report regarding the status of settlement:

The parties have reached an agreement on all terms and have executed a settlement agreement. The full performance of the settlement agreement is anticipated to take place by July 26, 2024. The parties anticipate having the case fully dismissed no later than August 2, 2024. In light of the above, the parties request that the Court strike the joint in-person appearance scheduled for July 23, 2024, to allow both parties to conserve resources.

Dated: July 22, 2024

Respectfully submitted,

| | |
|---|---|
| DAVID GORDON OPPENHEIMER | WOODLAND PARK CHICAGO LLC and CHICAGO STORIES LLC |
| By: /s/ Ilya G. Zlatkin<br>Ilya G. Zlatkin<br>ZLATKIN CANN ENTERTAINMENT<br>4245 North Knox Avenue<br>Chicago, Illinois 60641<br>Tel: (312) 809-8022<br>ilya@zce.law | By: George J. Spathis<br>George J. Spathis<br>LEVENFELD PEARLSTEIN LLC<br>120 South Riverside Plaza, Suite 1800<br>Chicago, Illinois 60606<br>Tel: (312) 476-7514<br>gspathis@lplegal.com |
| *Attorney for Plaintiff David Oppenheimer* | *Attorney for Defendants Woodland Park Chicago LLC and Chicago Stories LLC* |