**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| David Gordon Oppenheimer, | )<br>) |
| Plaintiff, | )<br>) Case No: 1:23-cv-14017 |
| v. | )<br>) Dist. Judge Martha M. Pacold |
| Woodland Park Chicago LLC and Chicago Stories LLC, | )<br>) Mag. Judge M. David Weisman<br>) |
| Defendants. | )<br>) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff David Gordon Oppenheimer, by and through his undersigned counsel, and Defendants Woodland Park Chicago LLC and Chicago Stories LLC, by and through their undersigned counsel, being all of the parties to this action, jointly stipulate and agree pursuant to Rule 41(a) of the Federal Rules of Civil Procedure that this action, and each and every count and claim asserted therein, be dismissed with prejudice. Each side shall bear their own costs, expenses, and fees, including all attorneys' fees.

Dated: July 31, 2024

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| DAVID GORDON OPPENHEIMER | WOODLAND PARK CHICAGO LLC and CHICAGO STORIES LLC |
| By: /s/ Ilya G. Zlatkin<br>Ilya G. Zlatkin<br>ZLATKIN CANN ENTERTAINMENT<br>4245 North Knox Avenue<br>Chicago, Illinois 60641<br>Tel: (312) 809-8022<br>ilya@zce.law | By: /s/ George J. Spathis<br>George J. Spathis<br>LEVENFELD PEARLSTEIN LLC<br>120 South Riverside Plaza, Suite 1800<br>Chicago, Illinois 60606<br>Tel: (312) 476-7514<br>gspathis@lplegal.com |
| *Attorney for Plaintiff David Gordon Oppenheimer* | *Attorney for Defendants Woodland Park Chicago LLC and Chicago Stories LLC* |